No. 623. CHARLES H. GRAVES *v.* FRANK W. BRUNSKILL, CHIEF OF POLICE ET AL. November 23, 1926. Petition

for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. John E. Palmer* for petitioner. *Messrs. Clifford L. Hilton* and *James E. Markham* for respondents.